Bailey B. Lazzari
WSB# 7-5915
LAZZARI LEGAL, LLC
P.O. Box 525 ‖ 337 Garfield Street
Lander, Wyoming 82520
(307) 438 – 6367
BaileyLazzari@LazzariLegal.com

*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>           Plaintiff,<br>v.<br><br>SHAUN SHARKEY,<br>           Defendant. | Docket No: 24-PO-01044 |

## ENTRY OF APPEARANCE

Bailey Lazzari, of Lazzari Legal LLC, hereby enters her appearance on behalf of Defendant.

DATED December 3rd, 2024.

_____
Bailey B. Lazzari     WSB# 7-5915
LAZZARI LEGAL, LLC
P.O. Box 525 ‖ 337 Garfield Street
Lander, Wyoming 82520
(307) 438 – 6367
BaileyLazzari@LazzariLegal.com

## **CERTIFICATE OF SERVICE**

    I, Bailey B. Lazzari, hereby certify that on December 3rd, 2024 a true and accurate copy of Ms. Lazzari's *Entry of Appearance* was served upon all counsel of record via CM/ECF.

Bailey Lazzari