FILED
11:28 am, 12/5/24
U.S. Magistrate Judge

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff, | |
| vs. | Case Number: L:24-po-01044-SAH |
| Shaun Sharkey | |
| Defendant. | |

### STATEMENT OF RIGHTS FOR PROCEEDINGS BEFORE A UNITED STATES MAGISTRATE JUDGE

This document advises you of your constitutional rights and to assure you thoroughly understand these rights. You are informed you have the following rights:

**RIGHT TO ATTORNEY**
You have the right to be represented by an attorney throughout all proceedings to be held in this matter. You may retain counsel at your own expense or, at the expense of the United States, a court appointed attorney may represent you if you qualify as an indigent and may be sentenced to a term of imprisonment. U.S. CONST. amends. VI, XIV; Scott v. Illinois, 440 U.S. 367 (1979). If you fully understand you have the right to an attorney, but do not want an attorney's services, you must sign the Waiver of Rights to Attorney form.

**FIFTH AMENDMENT RIGHT TO REMAIN SILENT**
You have the right to remain silent and anything you voluntarily say about the charge(s) brought against you can and will be used against you. If you testify on your own behalf at trial, you will be considered as having waived your Fifth Amendment right to remain silent and any statement you make under oath may be used against you, especially if the statement may be incriminating. You may also be subject to cross-examination by the prosecutor and trial judge.

**RIGHT TO BAIL**
You have the right to be released on reasonable bail pending trial if you are not determined as a flight risk or a danger to the community.

**ENTRY OF PLEA**
You may plead guilty or not guilty to any or all charges filed against you in this matter. If you plead not guilty, the government must prove your guilt beyond a reasonable doubt at a trial. If any witnesses testify against you, you have the right to cross-examine those witnesses. You also have the right to present evidence in your defense and the right to choose whether or not you want to testify; you cannot be made to testify against your will. If you choose not to testify, thereby exercising your right to remain silent, the court will draw no infer-ence as to your guilt or innocence.

STATEMENT OF RIGHTS/WAIVER OF DEFENDANT'S RIGHTS

If you plead guilty, you are admitting all the essential elements against you. There will be no trial and you will give up your right to confront and cross-examine witnesses. If convicted, a defendant who is not a United States citizen may be removed from the United States, denied citizenship, and denied future admission into the United States.

### **RIGHT TO MAKE MITIGATING STATEMENTS**

If you plead guilty, you have a right to make mitigating statements to explain the circumstances leading to your arrest, which may lessen certain penalties at sentencing.

### **THE RIGHT TO APPEAL**

In the event you plead not guilty before the Magistrate Judge and are subsequently convicted, you have the right to appeal the conviction to the United States District Court within fourteen (14) days from the entry of judgment against you by filing written notice thereof with the Clerk of Court.

### **CONSENT TO PROCEED BY VIDEO TELECONFERENCE OR TELEPHONE**

If applicable, and by signing this document, you consent to an arraignment and sentencing to occur by video teleconference or telephone. FED. R. CIV. P. 43(b)(2).

I hereby acknowledge I have read the foregoing Statement of Rights and fully understand them.

Dated 12/02/2024

/s/ Shaun Sharkey
Signature of Defendant